IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION<br>By and Through it's Agent<br>SALLIE MAE, INC.<br>　　　Plaintiff<br><br>vs.,<br><br>ADA F. FARIA<br>　　　Defendant. | CIVIL ACTION NO. 06-1748 (SEC)<br>COLLECTION OF MONIES |

## JUDGMENT

Default having been entered against defendant, ADA F. FARIA, and plaintiff's evidence supporting the allegations of the complaint, the Court finds ADA F. FARIA liable to the HICA Education Loan Corporation in the amount of **$110,804.59** as principal, together with accrued interest in the amount of **$14,277.55** through **October 17, 2006**, **"interest is to continue to accrue and post judgment interest accrues"** at a percentage rate which is equal to a variable rate which is calculated by the Secretary of Treasury for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one (91) day U.S. Treasury Bills auctioned during the preceding quarter, plus three (3%) percent, rounding up this figure to the nearest 1/8 of 1%, all as per the Note, until fully paid or satisfied, plus reasonable attorney fees, and additional interest thereafter at an annual rate.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on *31 Oct.*, 2006.

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　HON. SALVADOR E. CASELLAS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DEFAULT JUGM.
ADA F. FARIA